THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

M.S. & D.H., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MED-DATA, INC.,

Defendant.

NO. 2:21-cv-01059-RAJ

**NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL**

Pursuant to LCR 42(a), Plaintiff in *Tokarski v. Med-Data, Inc.,* No. 2:21-cv-00631-RAJ (W.D. Wash.), gives notice of the filing on September 9, 2021, of a Motion for Consolidation and Appointment of Interim Class Counsel seeking to consolidate *Tokarski v. Med-Data, Inc.,* No. 2:21-cv-00631-RAJ (W.D. Wash.) and *M.S. & D. H. v. Med-Data, Inc.,* Case No. 2:21-cv-01059-RAJ (W.D. Wash.).

RESPECTFULLY SUBMITTED AND DATED this 9th day of September, 2021.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Ryan Tack-Hooper, WSBA #56423
Email: rtack-hooper@terrellmarshall.com
Elizabeth A. Adams, WSBA #49175
Email: eadams@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT
OF INTERIM CLASS COUNSEL - 1
CASE NO. 2:21-cv-01059-RAJ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

John Heenan, *Admitted Pro Hac Vice*
Email: john@lawmontana.com
Teague Westrope
Email: teague@lawmontana.com
HEENAN & COOK
1631 Zimmerman Trail, Suite 1
Billings, Montana 59102
Telephone: (406) 839-9081

John A. Yanchunis, *Admitted Pro Hac Vice*
Email: jyanchunis@forthepeople.com
Ryan Maxey, *Admitted Pro Hac Vice*
Email: rmaxey@forthepeople.com
MORGAN & MORGAN
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505

Michael F. Ram, *Admitted Pro Hac Vice*
Email: mram@forthepeople.com
MORGAN & MORGAN
711 Van Ness Avenue, Suite 500
San Francisco, California 94102-3275
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiff*

---

NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT
OF INTERIM CLASS COUNSEL - 2
CASE NO. 2:21-cv-01059-RAJ

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com