Case 4:22-cv-00187   Document 80   Filed on 04/06/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| M.S. and D.H., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MED-DATA, Inc.,<br><br>Defendant. | Case No. 4:22-cv-00187<br><br>Hon. Charles Eskridge |

## ORDER STAYING DEADLINES

Plaintiffs M.S. and D.H. and Defendant Med-Data, Inc. (the "Parties") jointly requested that the Court enter a stay of all deadlines pending completion of the class settlement process. For good cause shown, the joint motion is GRANTED.

All deadlines in this action are hereby stayed pending completion of the settlement process and the Court's determination of whether to approve the class settlement.

SO ORDERED.

Signed on April 6 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge