United States District Court
Southern District of Texas
**ENTERED**
January 29, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| M.S., *et al*, | § | CIVIL ACTION NO |
| Plaintiffs, | § | 4:22-cv-00187 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MED-DATA INC, | § | |
| Defendant. | § | |

## MINUTE ENTRY AND ORDER

Minute entry for HEARING ON PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT before Judge Charles Eskridge on January 22, 2024. All parties present by video and represented by counsel.

The Court addressed the unopposed motion for preliminary approval of class action settlement. Dkt 82. The motion was GRANTED for reasons stated on the record, including finding that the settlement was fair, reasonable, and adequate, and that the claims were litigated by able and competent counsel on both sides.

An order with specific findings and procedure towards final confirmation hearing will issue separately.

SO ORDERED.

Signed on January 22, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge