United States District Court
Southern District of Texas
**ENTERED**
September 13, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| M.S., *et al*, | § | CIVIL ACTION NO |
| Plaintiffs, | § | 4:22-cv-00187 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MED-DATA INC, | § | |
| Defendant. | § | |

## MINUTE ENTRY AND ORDER

Minute entry for SETTLEMENT CONFERENCE before Judge Charles Eskridge on September 11, 2024. Both parties present and represented by counsel.

The Court addressed the unopposed motion by Plaintiffs for final approval of class action settlement. Dkt 93. The Court also addressed the unopposed motion by Plaintiffs for an award of attorney fees, reimbursement of costs and expenses, and service awards. Dkt 91.

The motions were granted for reasons stated on the record. It was noted that notice was robust and adequate, there are no objections, and there are very few opt outs. The settlement was found to be fair, reasonable, adequate, and in the best interests of the settlement class.

An order granting the motion for final approval will enter separate and specify further detail.

SO ORDERED.

Signed on September 11, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge